IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY, an Ohio Company, One Nationwide Plaza Columbus, Ohio 43215<br><br>Plaintiff,<br><br>v.<br><br>ANALISA RENEE MENDEZ, 941 Canyon Ridge Drive Desoto, Texas 75115<br><br>CHARLES WALLACE, 1510 Autumn Street Godfrey, Illinois 62035<br><br>JEREMY DILL, in his capacity as individual representative for the Estate of VELMA KRISTINA MENDEZ, and 941 Canyon Ridge Drive Desoto, Texas 75115<br><br>CALVIN T. MCKIBBEN, in his capacity as Individual representative for the Estate of Joell S. Fleming, 5917 Freestone Court Rowlett, Texas 75089<br><br>Defendants, | Case No.: 3:22-cv-02251-G<br><br>Interpleader Action (28 U.S.C § 1332) |

## ORIGINAL ANSWER TO COMPLAINT FOR INTERPLEADER

Charles Wallace ("Chip") files this Original Answer to the Complaint for Interpleader, and respectfully states the following to the Court:

### JURISDICTION

1. This paragraph sets forth Plaintiff's jurisdictional allegations to which no answer

is required. To the extent that a response is required, Chip admits that the Court has jurisdiction under Fed. R. Cv. P. 22, or in the alternative, under 28 U.S.C. § 1335.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. Admits

## VENUE

7. This paragraph sets forth Plaintiff's jurisdictional allegations to which no answer is required. To the extent that a response is required, Chip admits that venue is proper.

## PARTIES AND INTERESTED PERSONS

8. Admits.

9. Admits.

10. Admits.

11. Admits.

12. Admits.

13. Admits.

14. Admits.

15. Admits.

16. Admits.

## RELEVANT FACTUAL BACKGROUND

17. Admits.

18. Admits.

19. Chip neither admits nor denies the allegations in this paragraph because he lacks sufficient knowledge to admit or deny.

20. Admits.

21. Admits.

22. Admits.

23. Admits.

24. Chip neither admits nor denies the allegations in this paragraph because he lacks sufficient knowledge to admit or deny.

25. Admits.

26. Chip neither admits nor denies the allegations in this paragraph because he lacks sufficient knowledge to admit or deny.

27. Admits.

28. Chip neither admits nor denies the allegations in this paragraph because he lacks sufficient knowledge to admit or deny.

29. This paragraph sets forth Plaintiff's is a legal conclusion to which no answer is required. To the extent that a response is required, Chip admits that there is a legal dispute as to who is entitled to receive the death benefits under the Contract.

## **COUNT 1--INTERPLEADER**

30. This paragraph sets an allegation to which no answer is required.

31. This paragraph sets forth Plaintiff's is a legal conclusion to which no answer is required.

32. This paragraph sets forth an allegation to which no answer is required.

33. This paragraph sets forth an allegation to which no answer is required.

34. This paragraph sets forth Plaintiff's is a legal conclusion to which no answer is required.

35. This paragraph sets forth Plaintiff's is a legal conclusion to which no answer is required.

36. This paragraph sets forth Plaintiff's is a legal conclusion to which no answer is required.

37. This paragraph sets forth Plaintiff's is a legal conclusion to which no answer is required.

### Request for Relief

Chip requests that the Court award the interpleaded funds to the Estate of Joell Fleming and grant Chip general relief.

Respectfully submitted,

**THE HARTNETT LAW FIRM**

By: /s/ Will Hartnett
Will Hartnett
Will@hartnettlawfirm.com
Texas Bar Card No. 09170200
Fred Hartnett
Texas Bar Card No. 00790833
fred@hartnettlawfirm.com
2920 N. Pearl Street
Dallas, Texas 75201
Telephone (214) 742-4655
Fax (214) 855-7857

ATTORNEYS FOR CHARLES WALLACE

.